IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 13 PM 3: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ) ) ) ) Plaintiff, ) ) v. ) HILL BOREN P. C. ) ) Defendant. ) | NO. 05-2611 M/P |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was set for December 15, 2006. In lieu of appearance at the conference, counsel for both parties submitted a proposed scheduling order setting forth agreed deadlines for this matter. Accordingly, the parties' proposed dates are adopted and the following dates are established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):  **January 3, 2006;**

JOINING PARTIES:            **Plaintiff: December 30, 2005**
                            **Defendant: January 30, 2006;**

AMENDING PLEADINGS:         **Plaintiff: December 30, 2005**
                            **Defendant: January 30, 2006;**

INITIAL MOTION TO DISMISS:  **January 17, 2006;**

COMPLETING ALL DISCOVERY: **August 18, 2006;**

(a) DOCUMENT PRODUCTION:  **August 18, 2006;**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-14-05



(b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:

**August 18, 2006;**

(c) EXPERT WITNESS DISCLOSURE (Rule 26):

   (1)   DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:

   **March 19, 2006;**

   (2)   DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:

   **May 19, 2006;**

   (3)   EXPERT WITNESS DEPOSITIONS: **August 18, 2006;**

FILING DISPOSITIVE MOTIONS: **September 19, 2006;**

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

2

This case is set for **JURY** trial, and the trial is expected to last **4** day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation ~~after~~ on or before the close of discovery. *TMP*

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties **have not** consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

DATE: December 13, 2005

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02611 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Faye A. Williams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Deidre Smith
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Gwendolyn Young Reams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

James Lee
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Kristy L. Gunn
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Eric S. Drieband
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Ave
Ste 621
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT