IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 05-2611 Ml/P |
| HILL BOREN P. C. | ) ) ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO INTERVENE**

Before the Court is potential intervenor Rebekah Womack Petrowski's Motion to Intervene. The Civil Rights Act of 1964 grants an aggrieved party the right to intervene in an action by the Equal Employment Opportunity Commission ("E.E.O.C."). 42 U.S.C. § 2000e-5(f)(1); General Telephone Co. of the Northwest, Inc. v. E.E.O.C., 446 U.S. 318, 331 (1980); E.E.O.C. v. Frank's Nursery & Crafts, Inc., 177 F.3d 448, 456 (6th Cir. 1999). The person aggrieved may intervene as a matter of right. E.E.O.C. v. Harris Chernin, Inc., 10 F.3d 1286, 1292 (7th Cir. 1993); Adams v. Proctor & Gamble Mfg. Co., 697 F.2d 582, 583 (4th Cir. 1983)(noting that persons aggrieved have "unqualified right" to intervene in EEOC action).

Accordingly, potential intervenor Petrowski's motion to intervene under Fed. R. Civ. P. 24(a)(1) is GRANTED.

So ordered this 15th day of February 2006.

/s/ Jon P. McCalla
Jon Phipps McCalla
United States District Court Judge